J-S82003-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| | : | |
| DERRICK WILLIAMS | : | |
| | : | |
| Appellant | : | No. 220 EDA 2018 |

Appeal from the Judgment of Sentence March 27, 2017
in the Court of Common Pleas of Philadelphia County
Criminal Division at No(s):  CP-51-CR-0010939-2013

BEFORE:   LAZARUS, J., OLSON, J. and STRASSBURGER, J.*

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED MARCH 08, 2019**

I join the majority memorandum.  I agree with the Majority's analysis with respect to Appellant's weight-of-the-evidence claim, where this Court holds that pursuant to ***Ambruster v. Horowitz***, 813 A.2d 698 (Pa. 2002), this Court may rule on such a claim where a trial judge is unavailable to do so.

However, I also point out that pursuant to the Pennsylvania statutes governing the assignment of judges, "any judge may be temporarily assigned to another court and may there hear and determine any matter with like effect as if duly commissioned to sit in such other court." 42 Pa.C.S. § 4121(a).  Thus, our Supreme Court has the authority to appoint Judge Nichols to the Philadelphia Court of Common Pleas temporarily for the purpose of addressing Appellant's weight-of-the-evidence claim.

_____

*   Retired Senior Judge assigned to the Superior Court.